UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **J & J Sports Productions, Inc.** | : | Case No. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **Lynn Tran, individually and d/b/a Circles** | : | |
| **Restaurant Bar & Grill, and TRJAL,** | ; | |
| **LLC d/b/a Circles Restaurant Bar** | : | |
| **& Grill,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for J & J Sports Productions, Inc. makes the following disclosure on behalf of said party:

1. The party has no parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock

Dated: May 5, 2008

Respectfully Submitted,
ARCHER & GREINER, P.C.

By: _____
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
302-777-4350 (phone)
302-777-4352 (fax)
cbrown@archerlaw.com
*Attorneys for Plaintiff*

3282428v1